Lee Law

**Michael Lee**
Lee Law PLLC
michael@leelawservices.com
212.621.8239

October 5, 2026

**VIA ECF**
Honorable Valerie Figueredo
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: *Harley-Davidson Motor Company, Inc. v. Dolan, et al.;* 1:26-cv-04804 (RA)**

Dear Magistrate Judge Figueredo:

This firm represents plaintiff Harley-Davidson Motor Company, Inc.

We write to respectfully request adjournment of the October 6, 2026 pre-settlement conference. This morning, the parties agreed in principle to resolve this matter. This is the first request for an adjournment and all parties consent. The drafting of the settlement papers will begin today.

Therefore, Plaintiff respectfully requests that the October 6, 2026 conference be adjourned *sine die*.

Thank you for the Court's consideration.

cc: Counsel of Record (via ECF)

Respectfully Submitted,

**LEE LAW PLLC**

By: ______________________
Michael Lee

MEMO ENDORSED

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: October 7, 2026**

The conference is **ADJOURNED**. The parties are directed to provide the Court with an update on the status of settlement by **November 6, 2026**, if they do not file a notice of voluntary dismissal on or before that date.

The Clerk of Court is respectfully directed to close the motion at ECF No. 24.